# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE L. ARDDS, <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>D. HICKS, et al., <br><br>　　　　　Defendants. | Case No. 1:19-cv-01738-SAB (PC) <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO CORRECT SPELLING OF DEFENDANT ALCOCER'S NAME <br><br>(ECF No. 7) |

　　　　Plaintiff Antoine L. Ardds is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's motion to correct the spelling of Defendant Alcocer's name, filed on December 27, 2019. (ECF No. 7.) Specifically, Plaintiff asserts that he incorrectly identified Defendant Alcocer's first initial as "J." in his complaint, but he has since learned that Defendant Alcocer's correct first initial is "G." (Id.) Plaintiff is correct that the Court's docket currently states that Defendant Alcocer's first initial is "J."

　　　　Therefore, Plaintiff's motion to correct the spelling of Defendant Alcocer's name, (ECF No. 7), is HEREBY GRANTED. The Clerk of the Court is directed to correct the spelling of Defendant Alcocer's name on the Court's docket by substituting "G. Alcocer" for "J. Alcocer."

IT IS SO ORDERED.

Dated: **January 2, 2020**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1