# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE L. ARDDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. HICKS, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-01738-DAD-SAB (PC)<br><br>ORDER **RESETTING TIME** OF DECEMBER 15, 2020 SETTLEMENT CONFERENCE<br><br>**Date: December 15, 2020**<br>**Time: 1:30 p.m.** |

　　　Plaintiff Antoine L. Ardds is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On September 14, 2020, the Court set this case for settlement conference before Magistrate Judge Barbara A. McAuliffe on December 15, 2020, at 1:00 p.m.

　　　It is HEREBY ORDERED that the settlement conference is reset for **1:30 p.m.** on December 15, 2020.

IT IS SO ORDERED.

Dated:　**September 14, 2020**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1