UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE L. ARDDS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>D. HICKS, et.al.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-01738-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S FOURTH MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>(ECF Nos. 33, 34) |

　　　　Plaintiff Antoine L. Ardds is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On August 25, 2020, the undersigned issued Findings and Recommendations recommending that Plaintiff's fourth motion for a temporary restraining order be denied. (ECF No. 34.) The Findings and Recommendations were served on the parties and contained notice that objections were due within fourteen days. (Id.) No objections were filed and the time to do has expired.

　　　　On September 16, 2020, the action was reassigned from District Judge Dale A. Drozd to the undersigned based on the parties consent to magistrate judge jurisdiction. (ECF Nos. 39.)

///

///

///

1   In light of the reassignment of the case to the undersigned pursuant to 28 U.S.C. § 636(c)(1),
2  the August 25, 2020 Findings and Recommendations are converted to a final order and Plaintiff's
3  fourth motion for a temporary restraining order is denied for the reasons explained therein.  (ECF Nos.
4  33, 34.)

6  IT IS SO ORDERED.

7  Dated:   **October 13, 2020**

8                                                          UNITED STATES MAGISTRATE JUDGE